# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY,<br><br>              Petitioner,<br><br>    vs.<br><br>BARACK OBAMA, *et al.,*<br><br>            Respondents. | ) <br> ) <br> ) <br> ) <br> ) Civil Action NO. 05-02380 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the parties' joint motion for a stay, it is hereby

**ORDERED** that this case shall be stayed.

**IT IS FURTHER ORDERED** that either party may request that the Court lift the stay at any time and on any grounds.

**IT IS FURTHER ORDERED** that the Protective Order in place in this action shall remain in force during the stay.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report sixty (60) days after entry of this Order advising the Court of any change in circumstances.

**SO ORDERED**

Date: Feb. 6 , 2009

_____
United States District Judge

4